UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK MCDONALD,

                              Plaintiff,

v.                                                           Civil Action No. 1:20-cv-00847

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

                              Defendant.
_____

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties, through counsel, have settled the above-captioned matter. Plaintiff requests that the Court allow Sixty days (60) for Plaintiff to file a Notice Discontinuance in order for the parties to finalize the settlement agreement and correspondingly comply with its terms.

DATED: June 9, 2021

                                              /s/ Seth J. Andrews_____
                                              Seth J. Andrews, Esq.
                                              Law Offices of Kenneth Hiller PLLC
                                              *Attorneys for Plaintiff*
                                              6000 North Bailey Avenue, Suite 1A
                                              Amherst, New York 14226
                                              Phone:  (716) 564-3288
                                              Email: sandrews@kennethhiller.com