UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK MCDONALD,

     Plaintiffs,
                                  Civil Action No. 20-CV-00847

     v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

     Defendant,
_____

### **STIPULATION OF DISCONTINUANCE**

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41(a) of the Local Rules of the Western District of New York, **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

Dated: 9/2/2021                             Dated: 9/2/2021

*/s/ Seth J. Andrews*_____             /s/ Stephen J. Steinlight
Seth J. Andrews, Esq.                     Stephen J. Steinlight, Esq.
Law Offices of Kenneth Hiller          Troutman Pepper Hamilton Sanders
*Attorney for PlaintiffS*                  *Attorney for Defendant*
6000 North Bailey Avenue, Suite 1A      875 Third Avenue
Amherst, New York 14226              New York, NY 10022
Phone: (716) 564-3288                Phone:  (212) 704-6008